UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON BROTHERS,<br><br>            Plaintiff,<br><br>     v.<br><br>DR. SNOW et. al.,<br><br>            Defendant. | CV F- 05-01503 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on November 23, 2005.  The complaint appears to state cognizable claims for relief for deliberate indifference to serious medical needs in violation of the Eighth Amendment against the named defendants.   Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Dr. Snow, Dr. McGuinness, Dr. Greenman and R.N. Ruff.

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed November 23, 2005.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

1   Court with the following documents:

2   a.   Completed summons;

3   b.   One completed USM-285 form for each defendant listed above; and

4   c.   Five (5) copies of the endorsed complaint filed November 23, 2005.

5   4.   Plaintiff need not attempt service on Defendants and need not request waiver of

6   service.  Upon receipt of the above-described documents, the court will direct the

7   United States Marshal to serve the above-named Defendants pursuant to Federal Rule

8   of Civil Procedure 4 without payment of costs.

9   5.   <u>The failure to comply with this Order will result in a Recommendation that this action

10   be dismissed.</u>

11   IT IS SO ORDERED.

12   **Dated:   September 11, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE