# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON BROTHERS, | CASE NO. 1:05-cv-1503-LJO DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING |
| v. | DISMISSAL OF ACTION |
| DR. SNOW, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff , a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 31, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed August 31, 2007, is adopted in full;

2.      Defendants' renewed motion to dismiss for failure to exhaust, filed January 4, 2007,

1

1    be GRANTED; and

2    3.    Pursuant to 42 U.S.C. § 1997e(a), this action is dismissed, without prejudice, based

3          on plaintiff's failure to exhaust the administrative remedies prior to filing suit.

4    IT IS SO ORDERED.

5    **Dated:**    **September 28, 2007**                    **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE